UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HEAD,<br><br>              Plaintiff,<br><br>       v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>              Defendants. | Case No.  24-cv-01203-EMC<br><br>**COURT PROPOSED VERDICT FORM**<br><br>Docket Nos. 58-59, 61 |

Attached is the Court's proposed verdict form. As previously indicated, the Court intends to use a general verdict form, and not a special one. The parties may file comments on the proposed verdict form by November 26, 2025.

**IT IS SO ORDERED**.

Dated: November 20, 2025

_____
EDWARD M. CHEN
United States District Judge

1. Has Mr. Head proven, by a preponderance of the evidence, his claim for failure to provide reasonable accommodation?

   ____ YES

   ____ NO

Please proceed to Question 2.

2. Has Mr. Head proven, by a preponderance of the evidence, his claim for failure to engage in interactive process?

   ____ YES

   ____ NO

Please proceed to Question 3.

3. Has Mr. Head proven, by a preponderance of the evidence, his claim for retaliation?

   ____YES

   ____NO

Please proceed to Question 4.

4. Has Mr. Head proven, by a preponderance of the evidence, his claim for wrongful termination in violation of public policy?

   ____ YES

   ____ NO

If you answered "Yes" to <u>any</u> of the questions above, please proceed to Question 5.

If you answered "No" to <u>all</u> of the questions above, please have the foreperson sign and date below.

5. What damages has Mr. Head proven by a preponderance of the evidence?

Please note that, if you decide that Mr. Head has prevailed on more than one claim and if

1  you decide that the damages he suffered on different claims are identical, you should count that
2  damage only once.  Do not award duplicative damages.

3         Economic Damages      _____

4         Non-economic Damages      _____

6      Please have the foreperson sign and date below.

8      Dated: _____      _____
9                                            Foreperson